30 So.2d 254

Ex parte CONGRESS OF INDUSTRIAL
ORGANIZATIONS.

7 Div. 896.

Supreme Court of Alabama.
April 24, 1947.

Jerome A. Cooper, of Birmingham, for petitioner.

Horace C. Wilkinson, of Birmingham, and Chas. F. Douglass, of Anniston, for respondent.

STAKELY, Justice.

On the authority of Ex parte Textile Workers Union of America, Ala.Sup., 30 So.2d 247,[1] the writ of prohibition is denied in this cause, but the writ of mandamus is granted to the end that the court will order petitioner's pleas in abatement to be filed and will consider and pass upon the sufficiency of such pleas.

Writ of mandamus granted. Writ of prohibition denied.

All the Justices concur.